UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MICHEL BERNARD PELLETIER,

                Plaintiff,                        **ECF CASE**

        v.

                                                08 Civ. 3952 (AKH)

MICHAEL B. MUKASEY, et al.,

               Defendants.                      NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          June 4, 2008

                                                    Respectfully submitted,

                                                    MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                                  By:    /s/_____
                                                    PATRICIA BUCHANAN
                                                    Assistant United States Attorney
                                                    86 Chambers Street, 3rd Floor
                                                    New York, New York 10007
                                                    Telephone: (212) 637-3274
                                                    Facsimile: (212) 637-2786
                                                    Email: patricia.buchanan@usdoj.gov

TO:    Jacqueline Iris Meyer
         Hodgson Russ LLP
         1540 Broadway, 24th Floor
         New York, NY 10036