**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 19, 2008

**By Fax: (212) 805-7942**
Hon. Alvin K. Hellerstein
United States District Court
 Southern District of New York
500 Pearl Street, Rm. 1050
New York, NY 10007

*[Handwritten note: The conf is adjourned to Aug 1, 2008, 9:30 am. 6-20-08 /s/ AKH]*

Re:   Pelletier v. Mukasey, 08 Civ 03952 (AKH)

Dear Judge Hellerstein:

The parties respectfully request an ajournment of the conference scheduled for June 27, 2008, because Plaintiff's counsel, Ms. Jacqueline I. Meyer, is unavailable on that day. This is the first request for an adjournment in this case. Since the filing of the complaint there has been significant progress in Mr. Pelletier's case, and the parties are hopeful that it may not be necessary to hold a conference. Under the circumstances, the parties request that any conference that the Court may wish to hold be rescheduled during the week of July 28.

The Government's Answer is currently due on July 3, 2008. The parties have also agreed to extend the Answer date to August 4, 2008.

We thank the Court for its consideration of this request.

Sincerely,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: PATRICIA L. BUCHANAN
Assistant United States Attorney
Civil Division
Tel: (212) 637-3274

**By Fax: (646) 943-7083**
cc: Ms. Jacqueline I. Meyer, HodgsonRuss, LLP, Counsel for Plaintiff